FILED
August 11, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-mj-00247 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| OSCAR GOMEZ GARIBALDO, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Oscar Gomez Garibaldo; Case 2:11-mj-00247 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $200,000.00, co-signed by defendant's wife.

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on    8/11/2011    at  2:55 pm

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge